AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | |
|---|---|
| Clement So ) ) ) ) | |
| _____ | |
| *Plaintiff(s)* ) ) | |
| v. ) ) | Civil Action No.  24-cv-1117 |
| New York Health and Hospitals Corporation d/b/a ) Kings County Hospital Center ) ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
50 Water St, 17th Floor,
New York, New York 10004


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew Rozynski
Eisenberg & Baum, LLP
24 Union Square East, PH
New York, NY 10003


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  2/13/2024

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*